**No. 11-5760. Cornelius Oluseyi Ogunsalu, Petitioner v. Court of Appeal of California, Fourth Appellate District, Division One, et al.**

565 U.S. 1076, 132 S. Ct. 808, 181 L. Ed. 2d 519, 2011 U.S. LEXIS 8321.

November 28, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 950, 132 S. Ct. 415, 181 L. Ed. 2d 271, 2011 U.S. LEXIS 7318.

**No. 11-5800. Joseph Slovinec, Petitioner v. Ronald E. Meisburg, former General Counsel of National Labor Relations Board.**

565 U.S. 1076, 132 S. Ct. 808, 181 L. Ed. 2d 519, 2011 U.S. LEXIS 8337.

November 28, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 922, 132 S. Ct. 348, 181 L. Ed. 2d 219, 2011 U.S. LEXIS 7050.

**No. 11-5934. Rhonda Taylor, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

565 U.S. 1076, 132 S. Ct. 808, 181 L. Ed. 2d 519, 2011 U.S. LEXIS 8434.

November 28, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 952, 132 S. Ct. 422, 181 L. Ed. 2d 275, 2011 U.S. LEXIS 7333.

**No. 11-6020. Luis Mangual, Jr., Petitioner v. United States.**

565 U.S. 1076, 132 S. Ct. 808, 181 L. Ed. 2d 519, 2011 U.S. LEXIS 8320.

November 28, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 927, 132 S. Ct. 362, 181 L. Ed. 2d 229, 2011 U.S. LEXIS 6803.

**No. 11-6128. In re Ronald Lee Couch, Jr., Petitioner.**

565 U.S. 1076, 132 S. Ct. 808, 181 L. Ed. 2d 519, 2011 U.S. LEXIS 8409.

November 28, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 940, 132 S. Ct. 429, 181 L. Ed. 2d 290, 2011 U.S. LEXIS 7249.

**No. 10-1489. Mai-Trang Thi Nguyen, Petitioner v. Starbucks Coffee Corporation.**

565 U.S. 1076, 132 S. Ct. 808, 181 L. Ed. 2d 519, 2011 U.S. LEXIS 8356.

November 28, 2011. Petition for rehearing denied. Justice Breyer took no part in the consideration or decision of this petition.

Former decision, 565 U.S. 930, 132 S. Ct. 368, 181 L. Ed. 2d 234, 2011 U.S. LEXIS 6786.